# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JEREMY BLACKMON

VERSUS

COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

20-376-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Erin Wilder-Doomes, dated February 10, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405 (g), the final decision of the Acting Commissioner is AFFIRMED, and this action is DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 8 day of March, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 23.